IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HUDSON | : | CIVIL ACTION |
| v. | : | |
| EAGLEMARK SAVINGS BANK, ET AL. | : | NO. 10-6994 |

## **ORDER**

**AND NOW**, this 9th day of May, 2011, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Docket No. 17), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED**. The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.