# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM HUDSON, individually and on  :
behalf of all others situated        :
                Plaintiff,        :
              v.               :     CIVIL ACTION NO. 10-CV-6994(JP)
EAGLEMARK SAVINGS BANK               :
           and                :
HARLEY-DAVIDSON CREDIT CORP.         :
             Defendants.         :

## NOTICE OF APPEAL

Notice is hereby given that William Hudson, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order and Decision dated May 9, 2011, entered on the docket on May 9, 2011, dismissing the Amended Complaint and closing the case.

Respectfully submitted:

Date:  5/17/11

/s/ Cary L. Flitter
CARY L. FLITTER
Attorney for Plaintiff

LUNDY, FLITTER,
BELDECOS & BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782

Mark A. Kearney
Timothy T. Myers
ELLIOTT, GREENLEAF, &
SIEDZIKOWSKI, P.C
Union Meeting Corporate Center V
925 Harvest Drive
Suite 300
Blue Bell, PA 19422
(215) 977-1016

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM HUDSON, individually and on | : | |
| behalf of all others situated | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 10-CV-6994(JP) |
| EAGLEMARK SAVINGS BANK | : | |
| and | : | |
| HARLEY-DAVIDSON CREDIT CORP. | : | |
| Defendants. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, CARY L. FLITTER, do hereby certify that I did mail a copy of the foregoing, via first

class mail, to the following:

> Andrew Soven, Esquire
> Joe Nguyen, Esquire
> Reed Smith LLP
> 2500 One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19103-7301
> **Attorneys for Defendants**

> Honorable John R. Padova
> United States District Court Judge
> Room 17613 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA  19106
> **Trial Judge**

DATE:  5/17/11                                    /s/ Cary L. Flitter
                                                         CARY L. FLITTER