UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-2334

WILLIAM HUDSON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Appellant

v.

EAGLEMARK SAVINGS BANK;
HARLEY-DAVIDSON CREDIT CORP.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-10-cv-06994)
District Judge: Honorable John R. Padova

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 20, 2012

Before: RENDELL, FISHER and CHAGARES, *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 20, 2012. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered May 9, 2011, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellant.

ATTEST:

Dated:     March 30, 2012

/s/ Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on  4/23/12

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**